Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−25641−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Halina B. Komenda
   427 Berkshire Drive
   Ventnor City, NJ 08406

Social Security No.:
   xxx−xx−2921

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 10, 2019
JAN: ml

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-25641-ABA
Halina B. Komenda                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Jan 10, 2019
                               Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
```
db             +Halina B. Komenda,    427 Berkshire Drive,    Ventnor City, NJ 08406-1005
516978821      +Bayview Financial Loan,    c/o Fein Such Kahn & Shephard, PC,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609
516978822      +Bayview Loan Servicing,    PO Box 650091,    Dallas, TX 75265-0091
516978823      +CACH, LLC,    c/o Law Firm of Ryan E. Calef & Ass. LLC,    1276 Veterans Highway, Suite E-1,
                 Bristol, PA 19007-2597
516978826       Discover Bank,    c/o Selip & Stylianou, LLP,    PO Box 366,    Woodbury, NY 11797-0366
516978829      +LVNV Funding,    c/o Faloni & Associates,    165 Passaic Ave #301b,    Fairfield, NJ 07004-3592
516978828      +LVNV Funding,    c/o Fein, Such, Kahn & Shepard, Esq.,    7 Century Drive,
                 Parsippany, NJ 07054-4603
516978830      +Midland Funding,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517138849     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516978831      +Sears/LVNV Funding,    c/o Eltman, Eltman & Cooper, PC,    101 Hudson Street, Ste 2702,
                 Jersey City, NJ 07302-3929
516978832      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516978833       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
516978834      +Ventnor City Water/Sewer,    6201 Atlantic Avenue,    Ventnor City, NJ 08406-2734
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2019 00:56:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2019 00:56:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516978820      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 11 2019 00:55:28      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516994111      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 11 2019 00:55:28      Atlantic City Electric,
                 Pepco Holdings Inc, Bankruptcy Division,    Mail Stop 84CP42,    5 Collins Drive Suite 2133,
                 Carneys Point, NJ 08069-3600
517218494      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 11 2019 00:56:37
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
516978824      +EDI: RESURGENT.COM Jan 11 2019 05:23:00      CACH, LLC,    4340 S. Monaco Street, 2nd Floor,
                 Denver, CO 80237-3485
517520592       EDI: RESURGENT.COM Jan 11 2019 05:23:00      CACH, LLC C/O Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587
517201576       EDI: RESURGENT.COM Jan 11 2019 05:23:00      CACH, LLC c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
516978825      +EDI: PRA.COM Jan 11 2019 05:23:00      Capital One Bank, NA,    c/o Portfolio Recovery Assoc, LLC,
                 PO Box 12914,    Norfolk, VA 23541-0914
516978827       EDI: IRS.COM Jan 11 2019 05:23:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517520591       EDI: RESURGENT.COM Jan 11 2019 05:23:00      LVNV Funding LLC C/O Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587
517197462       EDI: RESURGENT.COM Jan 11 2019 05:23:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
517211779       EDI: RESURGENT.COM Jan 11 2019 05:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517143895       EDI: RESURGENT.COM Jan 11 2019 05:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517142422       EDI: RESURGENT.COM Jan 11 2019 05:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of CVF Consumer Acquisition,    Company,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516980497      +EDI: RMSC.COM Jan 11 2019 05:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516978836      +EDI: VERIZONCOMB.COM Jan 11 2019 05:23:00      Verizon,    500 Technology Drive, Ste 300,
                 Weldon Spring, MO 63304-2225
516978835       EDI: DCI.COM Jan 11 2019 05:23:00      Verizon,    c/o Diversified Consultants, Inc.,
                 PO Box 551268,    Jacksonville, FL 32255-1268
516978837      +EDI: WFFC.COM Jan 11 2019 05:23:00      Wells Fargo,    PO Box 1416,    Charlotte, NC 28201-1416
                                                                                               TOTAL: 19
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jan 10, 2019
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Eric  Clayman    on behalf of Debtor Halina B. Komenda jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Halina B. Komenda jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```